IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case Number 8:07CR151 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| ASIA KELLOGG, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant having entered a plea of not guilty to Counts III and IV of the Indictment, and the jury having found that the defendant is not guilty,

IT IS ORDERED that judgment is hereby entered accordingly, and the defendant is discharged as to Count III.  Count IV is dismissed.

DATED this 26th day of July, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge